IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| ARCHIE TILGHMAN,             ) | |
|                         ) | |
|      Petitioner,        ) | |
|                         ) | |
|         v.            ) | CV 111-108 |

ARCHIE TILGHMAN,  )
  )
     Petitioner,  )
  )
       v.  )          CV 111-108
  )
BRUCE CHATMAN, Warden, et al.,  )
  )
     Respondents.  )

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. nos. 26, 27).[1] Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Respondents' motions to dismiss are **GRANTED** (doc. nos. 8, 9); Petitioner's "Motion[s] to Deny Respondent's Motion to Dismiss . . . ," motion to amend, "Motion[s] to Vacate the Lower Trial Court Judgment," and "Motion to Dismiss for Lack of Jurisdictional Venue . . ." are **DENIED** (doc. nos. 5, 11, 13, 15, 17, 23); and Petitioner's motions requesting a ruling on his motion to amend are **DENIED AS MOOT** (doc. nos. 19, 20).

Furthermore, a prisoner seeking relief under 28 U.S.C. § 2254 must obtain a

---

[1] The Court notes that Petitioner set forth his objections in two documents that were timely filed (doc. nos. 26, 27), and he later submitted copies of these documents, which were filed as separate entries on the docket (doc. nos. 28, 29).

certificate of appealability ("COA") before appealing the denial of his application for a writ of habeas corpus. This Court "must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." Rule 11(a) to the Rules Governing Section 2254 Proceedings. This Court should grant a COA only if the prisoner makes a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). For the reasons set forth in the Report and Recommendation, and in consideration of the standards enunciated in Slack v. McDaniel, 529 U.S. 473, 482-84 (2000), Petitioner has failed to make the requisite showing. Accordingly, a COA is **DENIED** in this case.[2] Moreover, because there are no non-frivolous issues to raise on appeal, an appeal would not be taken in good faith. Accordingly, Petitioner is not entitled to appeal *in forma pauperis*.  See 28 U.S.C. § 1915(a)(3).

Upon the foregoing, Respondents Olens and Morelli are **DISMISSED** from this case, the instant petition brought pursuant to 28 U.S.C. § 2254 is **DISMISSED**, and a final judgment shall be **ENTERED** in favor of Respondent Chatman.

SO ORDERED this 13th day of April, 2012, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[2]"If the court denies a certificate, [a party] may not appeal the denial but may seek a certificate from the court of appeals under Federal Rule of Appellate Procedure 22." Rule 11(a) to the Rules Governing Section 2254 Proceedings.

2